■ In the Matter of NASSAU CHAPTER OF THE CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., Petitioner, v PUBLIC EMPLOYMENT RELATIONS BOARD OF THE STATE OF NEW YORK, Respondent, and COUNTY OF NASSAU, Intervenor-Respon-

dent. — Proceeding pursuant to CPLR article 78 to review a determination of the respondent Public Employment Relations Board, dated September 24, 1981, which, after a hearing, dismissed an improper labor practice charge. Determination confirmed and proceeding dismissed on the merits, with one bill of costs. The determination of the respondent is supported by substantial evidence (*Matter of Incorporated Vil. of Lynbrook v New York State Public Employment Relations Bd.,* 48 NY2d 398). Titone, J. P., Lazer, Weinstein and Boyers, JJ., concur.